

# COURT OF APPEALS

SANDEE BRYAN MARION
  CHIEF JUSTICE
KAREN ANGELINI
MARIALYN BARNARD
REBECA C. MARTINEZ
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
JASON PULLIAM
  JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.TXCOURTS.GOV/4THCOA.ASPX

KEITH E. HOTTLE
CLERK OF COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

August 15, 2016

Nissa M. Dunn
Houston Dunn, PLLC
4040 Broadway Street, Suite 440
San Antonio, TX 78209
* DELIVERED VIA E-MAIL *

Ricardo G. Cedillo
755 E. Mulberry Ave., Ste. 500
San Antonio, TX 78212-3135
* DELIVERED VIA E-MAIL *

Randall A. Pulman
2161 N.W. Military Highway, Suite 400
San Antonio, TX 78213
* DELIVERED VIA E-MAIL *

RE:    Court of Appeals Number:   04-16-00470-CV
        Trial Court Case Number:   2016CI11958
        Style:  In re Jim Weynand

      Enclosed please find the order which the Honorable Court of Appeals has issued in reference to the above styled and numbered cause.

      If you should have any questions, please do not hesitate to contact me.

               Very truly yours,
               KEITH E. HOTTLE, CLERK

               Rosa Gonzalez
               Deputy Clerk, Ext. 53855

cc: Mark Wade Kiehne (DELIVERED VIA E-MAIL)
Les J. Strieber, III (DELIVERED VIA E-MAIL)
Ryan Christopher Reed (DELIVERED VIA E-MAIL)
Leslie Sara Hyman (DELIVERED VIA E-MAIL)
Dinah L. Gaines (DELIVERED VIA E-MAIL)
Richard Price
Donna Kay McKinney (DELIVERED VIA E-MAIL)



# Fourth Court of Appeals
## San Antonio, Texas

August 15, 2016

No. 04-16-00470-CV

**IN RE** Jim **WEYNAND**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Marialyn Barnard, Justice
                Rebeca C. Martinez, Justice
                Jason Pulliam, Justice

Real party in interest Olmos Equipment, Inc., has filed a notice stating that it is in bankruptcy. The notice complies with Rule 8 of the Texas Rules of Appellate Procedure. Accordingly, this mandamus proceeding and all time periods are stayed from the date the bankruptcy petition was filed. *See* TEX. R. APP. P. 8.2.

It is therefore ORDERED that this mandamus proceeding is ABATED. For administrative purposes, the mandamus proceeding will be treated as a closed case, unless and until it is reinstated in accordance with Rule 8.3 of the Texas Rules of Appellate Procedure.

It is so **ORDERED** on August 15, 2016.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 2016CI11958, styled *Jim Weynand v. Frost Bank; Ritchie Bros. Auctioneers (America) Inc., the Struthoff Company, Inc.; Bartlett Cocke; Bexar County; Bob Moore Construction, Inc.; Cadence McShane Constructions Co., LLC; Capco Steel, Inc.; Dysart, LLC; Embrey Partners; Emerson Construction; Fetzer Companies, Inc.; Galaxy Builders, Ltd.; Godfrey Construction; Olmos Contracting I, LLC; Reid & Associates; and Resource Commercial, Inc.,* , pending in the 285th Judicial District Court, Bexar County, Texas, the Honorable Richard Price presiding.

August 15, 2016

No. 04-16-00470-CV

**IN RE** Jim **WEYNAND**

Original Mandamus Proceeding[2]

**ORDER**

Sitting:      Marialyn Barnard, Justice
             Rebeca C. Martinez, Justice
             Jason Pulliam, Justice

Real party in interest Olmos Equipment, Inc., has filed a notice stating that it is in bankruptcy. The notice complies with Rule 8 of the Texas Rules of Appellate Procedure. Accordingly, this mandamus proceeding and all time periods are stayed from the date the bankruptcy petition was filed. *See* TEX. R. APP. P. 8.2.

It is therefore ORDERED that this mandamus proceeding is ABATED. For administrative purposes, the mandamus proceeding will be treated as a closed case, unless and until it is reinstated in accordance with Rule 8.3 of the Texas Rules of Appellate Procedure.

It is so **ORDERED** on August 15, 2016.

PER CURIAM

ATTESTED TO:  /s/Keith E. Hottle
                   Keith E. Hottle, Clerk

ENTERED THIS 15TH DAY OF AUGUST, 2016.

---

[2] This proceeding arises out of Cause No. 2016CI11958, styled *Jim Weynand v. Frost Bank; Ritchie Bros. Auctioneers (America) Inc., the Struthoff Company, Inc.; Bartlett Cocke; Bexar County; Bob Moore Construction, Inc.; Cadence McShane Constructions Co., LLC; Capco Steel, Inc.; Dysart, LLC; Embrey Partners; Emerson Construction; Fetzer Companies, Inc.; Galaxy Builders, Ltd.; Godfrey Construction; Olmos Contracting I, LLC; Reid & Associates; and Resource Commercial, Inc.,* , pending in the 285th Judicial District Court, Bexar County, Texas, the Honorable Richard Price presiding.